Robert D. Wilkinson    #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant ROBERT JOSEPH MOSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH MOSER,<br><br>Defendant. | CASE No. 1:97-CR-05130 OWW<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING DATE; AND ORDER THEREON<br><br>DATE:  September 6, 2011<br>TIME:   1:30 p.m.<br>DEPT:  Courtroom 3<br>JUDGE: Hon. Oliver W. Wanger |

WHEREAS the government and Defendant Robert J. Moser are in the process of negotiating an appropriate restitution order; and

WHEREAS Mr. Moser is currently incarcerated at the Taft Correctional Institution in Taft, California; and

WHEREAS the parties agree they would like to resolve the issue of restitution without a hearing or if there is a hearing without the necessity of Mr. Moser's presence so Mr. Moser does not have to be transported from Taft to Fresno; and

WHEREAS the parties need more time for their negotiations because counsel for the government has been unavailable and counsel for Mr. Moser is limited in his ability to communicate with Mr Moser;

THE PARTIES HEREBY STIPULATE, by and through their authorized counsel that:

991186v1 / 10924.0034

1. The restitution hearing in this matter be continued from Tuesday, September 6, 2011, at 1:30 p.m. to Monday, September 19, 2011, at 1:30 p.m., or such other date and time thereafter at the convenience of the Court.

2. The parties further agree that the requested continuance is for purpose of affording the court the opportunity to make a determination as to the amount of restitution owed by the defendant and that pursuant to 18 U.S.C. §3664 (b)(5) the parties agree to extend such time for that determination.

DATED: August 31, 2011   UNITED STATES ATTORNEY

By: /s/ Stanley A. Boone
Stanley A. Boone
Attorneys for Plaintiff

DATED: August 31, 2011

BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant ROBERT JOSEPH MOSER

ORDER

Good cause appearing therefore, it is HEREBY ORDERED that the restitution hearing currently set for Tuesday, September 6, 2011, be continued to Monday, September 19, 2011, at 1:30 p.m. to allow the parties additional time to negotiate an agreement as to the issue of restitution. The further finds that the continuance is necessary to afford the court the opportunity to make a determination as to the amount of restitution owed by the defendant pursuant to 18 U.S.C. §3664 (b)(5).

IT IS SO ORDERED.

Dated: **September 1, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE